UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:17 MJ [illegible] (WIG) |
| -v- | : | |
| WILLIAM FUSCO | : | July 29, 2017 |

### JOINT MOTION TO CONTINUE DATE FOR PRELIMINARY EXAMINATION AND FOR FILING OF INDICTMENT

The United States of America, through Vanessa Richards, Assistant United States Attorney, and the defendant William Fusco, through his counsel, Evan Hughes, respectfully request the Court to continue the date for preliminary examination and for the United States to file an indictment from Tuesday, June 20, 2017 until and including Tuesday, August 16, 2017. In support of this joint motion, the parties represent as follows:

1. On June 14, 2017, the defendant William Fusco ("the defendant") was arrested in the Eastern District of Pennsylvania ("E.D.Pa.") pursuant to an arrest warrant issued from the District of Connecticut by the Honorable William I. Garfinkel, United States Magistrate Judge.

2. On June 15, 2017, the defendant was presented before the E.D.Pa. Court on a criminal complaint alleging a violation of Title 21, United States Code, Section 846 (Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances). On that same date, the Government moved for pretrial detention. An order of detention was entered by the Court without prejudice to the defendant to seek review of the Court's order and a hearing date was scheduled for June 20, 2017.

3. On June 20, 2017, the defendant appeared before the Honorable Thomas J. Rueter, United States Magistrate Judge, in the E.D.Pa. Court. The defendant was released on bail, deferred

his preliminary hearing to the District of Connecticut, and was told to appear in the District of Connecticut on June 27, 2017.[1]

4. In accordance with the requirements of Rule 5 Fed. R. Crim. P., a preliminary examination must occur within 21 days of the defendant's initial appearance if he is released on bond. However, pursuant to 18 U.S.C. § 3060(c), the defendant may consent to an extension of the time limit for the holding of a preliminary examination. *See* 18 U.S.C. § 3060(c).

5. The parties are in active discussions with respect to a potential plea agreement, with the expectation that the defendant would permanently waive indictment and a preliminary examination, and that the Government would proceed by information.

6. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the parties further request for the reasons provided above an extension of the statutory limitation for the filing of an indictment up to and including August 16, 2017. *See* 18 U.S.C. § 3161(b). The parties represent that the ends of justice served by such an extension of time outweigh the best interest of the public and the defendant in a speedy trial insofar as the parties will be more likely to achieve an expeditious plea resolution without the defendant's exposure to a grand jury indictment. *See United States v. Fields*, 39 F.3d 439, 445-46 (3d Cir. 1994) (permitting Speedy Trial Act continuance on basis of ongoing plea negotiations).

---

[1] At the request of defense counsel, the date of the defendant's initial appearance in the District of Connecticut was rescheduled to June 29, 2017.

7. WHEREFORE the parties respectfully request a continuance of the preliminary examination and of the date for the government to file an indictment until Tuesday, August 16, 2017.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY
/s/
VANESSA RICHARDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05095
1000 Lafayette Blvd., 10th Floor
Bridgeport, CT
(203) 696-3016

/s/
EVAN HUGHES, ESQ.
COUNSEL FOR WILLIAM FUSCO
Federal Bar No. _____ (pending)
Hughes Firm, LLC
1845 Walnut Street
Suite 932
Philadelphia, PA 19103
(215) 454-6680