AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:17 mJ 1089 (WIG) |
| WILLIAM FUSCO | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   WILLIAM FUSCO
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See Attached Affidavit of DEA Special Agent Margaret Lang

Date: 04/14/17

/s/ William I. Garfinkel, USMJ

*Issuing officer's signature*

City and state:   Bridgeport, Connecticut

WILLIAM I. GARFINKEL, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/14/2017, and the person was arrested on *(date)* 6/14/2017
at *(city and state)* Philadelphia, PA

Date: 6/29/2017

*Arresting officer's signature*

Jeremy S Tendler, U.S. Postal Inspector
*Printed name and title*