UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:17 MJ ____ (WIG) |
| -v- | : | |
| WILLIAM FUSCO | : | |

### ORDER

Upon the joint motion of the United States of America, through Vanessa Richards, Assistant United States Attorney, and the defendant William Fusco, through his counsel, Evan Hughes, respectfully requesting that this Court continue the date for preliminary examination and for the United States to file an indictment from Tuesday, June 20, 2017 until and including Tuesday, August 16, 2017, it is hereby

**ORDERED** that, pursuant to 18 U.S.C. §§ 3060(c) and 3161(h), a continuance of the preliminary examination and of the date for the government to file an indictment is granted until and including Tuesday, August 16, 2017 because such a continuance serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial for the reasons outlined in the parties' motion.

**SO ORDERED.**

Date: 6/29/17

/s/ William I. Garfinkel, USMJ

The Honorable William I. Garfinkel
United State Magistrate Judge