EVAN T.L. HUGHES, ESQUIRE  
The Hughes Firm, LLC  
1845 Walnut Street, Suite 932  
Philadelphia, PA 19103  
215-454-6680 t  
610-471-0456 f  
evan.hughes@hughesfirm.pro

ATTORNEY FOR DEFENDANT

FILED  
2017 JUL 24 P 1:01  
US DISTRICT COURT  
BRIDGEPORT CT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

WILLIAM FUSCO

3:17-MJ-01089

Honorable William I. Garfinkel

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW, Evan T.L. Hughes, Esquire, counsel for Defendant, William Fusco, and respectfully requests this Honorable Court to grant this unopposed motion to temporarily modify conditions of release, and in support thereof avers:

1) Defendant, William Fusco, is awaiting preliminary hearing in the District of Connecticut for violations of Title 21, United States Code, Section 846, specifically the manufacture and distribution of schedule III and schedule IV controlled substances.

2) On 20th June, 2017, William Fusco's conditions of release restricted his travel to the Eastern District of Pennsylvania and the District of Connecticut (see attached exhibit A).

3) On 30th July, 2017 Defendant's young daughter's birthday will be celebrated in Mt. Laurel New Jersey.

4) Defendant requests this Honorable Court to grant him permission to attend the child's birthday celebration in Mt. Laurel New Jersey, located in the District of New Jersey, on July 30, 2017.

5) The United States by and through its attorney, Vanessa Richards, does not oppose this request.

Based on the foregoing William Fusco respectfully requests that this petition to modify conditions of release be granted and that defendant be allowed to travel to the District of New Jersey on July 30, 2017.

**Date**: July 21, 2017            Respectfully Submitted,

**THE HUGHES FIRM, LLC**

By _Evan Hughes_

Evan T.L. Hughes, Esq.
Attorney for William Fusco
(Attorney admission pending)

EVAN T.L. HUGHES, ESQUIRE        ATTORNEY FOR DEFENDANT

The Hughes Firm, LLC
1845 Walnut Street, Suite 932
Philadelphia, PA 19103
215-454-6680 t
610-471-0456 f
evan.hughes@hughesfirm.pro

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM FUSCO | 3:17-MJ-01089<br><br><br>Honorable William I. Garfinkel |

**VERIFICATION**

I, EVAN T.L. HUGHES, hereby verify that the foregoing statements are accurate and made subject to the penalties of perjury.

**Date**: July 21, 2017

_Evan Hughes_
Evan T.L. Hughes, Esquire

EVAN T.L. HUGHES, ESQUIRE         ATTORNEY FOR DEFENDANT

The Hughes Firm, LLC
1845 Walnut Street, Suite 932
Philadelphia, PA 19103
215-454-6680 t
610-471-0456 f
evan.hughes@hughesfirm.pro

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM FUSCO | 3:17-MJ-01089<br><br>Honorable William I. Garfinkel |

## CERTIFICATE OF SERVICE

I do hereby certify that service of a true and correct copy of the foregoing Motion to Modify Bail Conditions was served on AUSA Vanessa Richards via electronic mail on July 21, 2017.

BY: _/s/ Evan Hughes_____
Evan T.L. Hughes, Esquire

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM FUSCO | 3:17-MJ-01089<br><br><br>Honorable William I. Garfinkel |

### ORDER

AND NOW, this ____ day of _____ 2017, upon consideration of the within Petition, it is hereby ORDERED that Defendant's conditions of release are modified, defendant shall be permitted to travel to the district of New Jersey on July 30, 2017.

BY THE COURT:

_____
HONORABLE WILLIAM I. GARFINKEL