# AFFIDAVIT OF EVAN HUGHES

Comes now Evan Hughes, under oath, and makes the following statements based upon his own personal knowledge and belief:

1. I am at least 18 and competent to make this affidavit.

2. My office contact information is:

   Law Offices of Evan TL Hughes, LLC d/b/a Hughes Firm, LLC
   1845 Walnut Street
   Suite 932
   Philadelphia, PA 19103
   Tel. (215) 454-6680
   Fax. (610) 471-0456
   Evan.hughes@hughesfirm.pro

3. I am admitted to practice in the following jurisdictions:

   Eastern District of Pennsylvania - 93214
   Commonwealth of Pennsylvania – 93214
   State of New York - 5456579

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate my sponsoring attorney, William J. Whewell, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

FURTHER AFFIANT SAYETH NAUGHT

I affirm under the penalties for perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

August 3, 2017

Evan Hughes