

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Evan T. L. Hughes, Esq.

#### DATE OF ADMISSION

**October 12, 2004**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 17, 2017

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk