UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:17CR285(AWT) |
| v. | : | |
| WILLIAM FUSCO | : | WAIVER OF INDICTMENT |

I, William Fusco, the above named defendant, who is accused of Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 846, 841(b)(1)(E)(i) and 841(b)(2) and Unlawfully Importing of a Tableting Machine, in violation of 21 U.S.C. § 843(a)(7), being advised of the nature of the charges, and of my rights, hereby waive in open court on December 19, 2017 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
*Defendant*
WILLIAM FUSCO

_____
*Counsel for Defendant*
EVAN HUGHES, ESQ.

Before  /s/ Sarah A. L. Merriam, USMJ
_____
*Judicial Officer*
Honorable Sarah A.L. Merriam
United States Magistrate Judge

2017 DEC 19 AM 11 59
U.S. DISTRICT COURT
FILED