# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

3:17-CR-00285

V.

Honorable Alvin W. Thompson

WILLIAM FUSCO

## ORDER

     AND NOW, this _____ day of _____ 2018, upon consideration of the within Petition, it is hereby ORDERED that Defendant's conditions of release are modified, defendant shall be permitted to travel to the district of New Jersey on June 17, 2018 and July 3, 2018 through July 5, 2018.

BY THE COURT:

_____
JUDGE ALVIN W. THOMPSON

EVAN T.L. HUGHES, ESQUIRE                                        ATTORNEY FOR DEFENDANT
Hughes Firm, LLC
1845 Walnut Street, Suite 932
Philadelphia, Pennsylvania 19103
T: 215-454-6680
F: 610-471-0456
evan.hughes@hughesfirm.pro

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

                3:17-CR-00285

       V.

                Honorable Alvin W. Thompson

WILLIAM FUSCO

**MOTION TO MODIFY CONDITIONS OF RELEASE**

       COMES NOW, Evan T.L. Hughes, Esquire, counsel for Defendant, William Fusco, and respectfully requests this Honorable Court to grant this unopposed motion to temporarily modify conditions of release, and in support thereof avers:

1. Defendant, William Fusco, is awaiting sentencing in the District of Connecticut for violations of Title 21, United States Code, Section 846, specifically the manufacture and distribution of schedule III and IV controlled substances.
2. On 20th June, 2017, William Fusco's conditions of release restricted his travel to the Eastern District of Pennsylvania and the District of Connecticut.
3. On 17th June, 2018, Defendant's young niece's birthday and Father's Day will be celebrated in Sicklerville, New Jersey.
4. Defendant requests this Honorable Court to grant him permission to attend the niece's birthday and Father's Day Celebration in Sicklerville, New Jersey, located in the District of New Jersey, on June 17, 2018.
5. Defendant requests this Honorable Court to grant him permission to attend a family gathering in Wildwood, New Jersey, located in the District of New Jersey, from July 3, 2018 through July 5, 2018.

     Based on the foregoing William Fusco respectfully requests that this petition to modify conditions of release be granted and that defendant be allowed to travel to the District of New Jersey on June 17, 2018 and July 3, 2018 through July 5, 2018.

Dated: June 13, 2018                                        Respectfully Submitted,

                                                                                      Evan Hughes

EVAN T.L. HUGHES, ESQUIRE
Hughes Firm, LLC
1845 Walnut Street, Suite 932
Philadelphia, Pennsylvania 19103
T: 215-454-6680
F: 610-471-0456
evan.hughes@hughesfirm.pro

Evan T.L. Hughes
ATTORNEY FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

      V.

WILLIAM FUSCO

3:17-CR-00285

Honorable Alvin W. Thompson

**VERIFICATION**

    I, EVAN T.L. HUGHES, hereby verify that the foregoing statements are accurate and made subject to the penalties of perjury.

Date: June 13, 2018

Truly,

*Evan Hughes*
Evan T.L. Hughes

EVAN T.L. HUGHES, ESQUIRE                          ATTORNEY FOR DEFENDANT
Hughes Firm, LLC
1845 Walnut Street, Suite 932
Philadelphia, Pennsylvania 19103
T: 215-454-6680
F: 610-471-0456
evan.hughes@hughesfirm.pro

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

                                          3:17-CR-00285

V.

                                  Honorable Alvin W. Thompson

WILLIAM FUSCO

## CERTIFICATE OF SERVICE

I do hereby certify that service of a true and correct copy of the foregoing Motion to Modify Bail Conditions was served on AUSA Vanessa Richards via electronic mail on June 13, 2018

BY:

_____
Evan T.L. Hughes