IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

                3:17-CR-00285

V.

                Honorable Alvin W. Thompson

WILLIAM FUSCO

## MOTION FOR CHANGE OF BOP DESIGNATION

    William Fusco, through his counsel, Evan T.L. Hughes, respectfully request the Court to change the defendant's Federal Prison designation from FCI Allenwood to FCI Fairton, 655 Fairton-Millville Road, Fairton, NJ 08320. The designation alteration is requested as counsel was unfamiliar with FCI Fairton at the sentencing hearing and this facility allows the defendant to be closer to his family during his period of confinement.

Respectfully Submitted,

*Evan Hughes*

Evan T.L. Hughes
ID: 93214
Hughes Firm, LLC
1845 Walnut Street, Suite 932
Philadelphia, Pennsylvania 19103

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

    V.

WILLIAM FUSCO

3:17-CR-00285

Honorable Alvin W. Thompson

### ORDER

Upon the motion of the defendant, through his counsel, Evan T.L. Hughes, respectfully requesting that this Court change defendant's designation with the Federal Bureau of Prisons to FCI Fairton, it is hereby **ORDERED** that this alteration of designation is **GRANTED** as it is in the best interest of the public and the defendant for the reason outlined in the motion.
    **SO ORDERED**

Date: March 13, 2019

_____
Honorable Alvin W. Thompson