IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

                    3:17-CR-00285

V.

                    Honorable Alvin W. Thompson

WILLIAM FUSCO

**MOTION FOR CHANGE OF BOP DESIGNATION**

    William Fusco, through his counsel, Evan T.L. Hughes, respectfully request the Court to continue the defendant's self surrender to the Federal Bureau of Prisons, FCI Fairton, 655 Fairton-Millville Road, Fairton, NJ 08320 for 14 days to get the necessary paperwork in order for acceptance into the aforementioned BOP facility.

                    Respectfully Submitted,

                    _____
                    Evan T.L. Hughes
                    ID: 93214
                    Hughes Firm, LLC
                    1845 Walnut Street, Suite 932
                    Philadelphia, Pennsylvania 19103

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

          V.

WILLIAM FUSCO

3:17-CR-00285

Honorable Alvin W. Thompson

### **ORDER**

Upon the motion of the defendant, through his counsel, Evan T.L. Hughes, respectfully requesting a continuance in his self surrender to the Federal Bureau of Prisons, it is hereby **ORDERED** that this continuance of surrender date is **GRANTED** as it is in the best interest of the public and the defendant for the reasons outlined in the motion.
    **SO ORDERED**

Date: March 28, 2019

_____
Honorable Alvin W. Thompson